**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-1113**

———————

JOY A. ANDERSON,

Plaintiff - Appellant,

versus

ARGENBRIGHT, INCORPORATED,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (CA-00-821-A)

———————

Submitted:  August 10, 2001          Decided:  October 9, 2001

———————

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Sheila Venable, Alexandria, Virginia, for Appellant.  Charles A. Hawkins, Sheldon W. Snipe, TROUTMAN SANDERS, L.L.P., Atlanta, Georgia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joy A. Anderson appeals the district court order granting summary judgment to Argenbright, Inc., denying her motion for summary judgment and dismissing her employment discrimination complaint. Anderson also appeals the district court's failure to award her punitive damages and to defer ruling on a motion in limine. We have reviewed the record and the district court's findings from the bench and affirm on the reasoning of the district court. See Anderson v. Argenbright, Inc., CA-00-821-A (E.D. Va. Dec. 22, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid in the decisional process.

AFFIRMED

2